WALTER HEMSTREET, an Infant, by RACHEL HEMSTREET, His Guardian ad Litem, Respondent, *v.* GILBERT KNITTING COMPANY, Appellant.

*Hemstreet* v. *Gilbert Knitting Co.*, 87 App. Div. 619, affirmed.
(Argued October 13, 1904; decided October 28, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 13, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*F. G. Fincke* for appellant.

*James W. Rayhill* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.